744 F.2d 1387
 S.A. EMPRESA DE VIACAO AEREA RIO GRANDENSE (VARIG AIRLINES),
Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
UNITED SCOTTISH INSURANCE COMPANY, et al., Plaintiffs-Appellees,
v.
UNITED STATES of America, Defendant-Appellant.
 Nos. 81-5366, 81-5062.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 12, 1984.
 
 Robert R. Smiley, III, Smiley, Murphy, Olson & Gilman, Washington, D.C., for appellant.
 John C. Hoyle, Washington, D.C., argued for appellee; Andrea Sheridan Ordin, U.S. Atty., Los Angeles, Cal., Leonard Schaitman, Washington, D.C., on brief.
 Before CHAMBERS, GOODWIN and PREGERSON, Circuit Judges.
 
 ORDER
 
 1
 The above cases are remanded to the United States District Court for entry of a judgment in conformity with the opinion of the United States Supreme Court in United States v. S.A. Empresa De Viacao Aerea Rio Grandense (Varig Airlines) et al. --- U.S. ----, 104 S.Ct. 2755, 81 L.Ed.2d 660 (1984).